## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JASON FRIEDMAN, SCOTT IRWIN, and JOHN SHANNON, | )<br>)<br>) | Case No. 1:15-cv-02400-DAP |

JASON FRIEDMAN, SCOTT IRWIN, and ) Case No. 1:15-cv-02400-DAP
JOHN SHANNON, )
)
     Plaintiffs, ) Judge Dan Aaron Polster
)
  vs. ) **STIPULATED DISMISSAL ENTRY**
)
BSREP II ARIES POOLING LLC, BSREP )
II MULTIFAMILY LLC, BSREP II ARIES )
MERGER SUB INC., BSREP II AREIS OH )
MERGER SUB LLC, FFI BSREP II GP )
LLC, and FAIRFIELD RESIDENTIAL )
CO., LLC, )
)
     Defendants. )

The Court held a settlement conference on December 8, 2015 and has continued to engage parties in settlement discussions. Today the Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

       **IT IS SO ORDERED.**

                              /s/Dan Aaron Polster     12/23/2015
                              **Dan Aaron Polster**
                              **United States District Judge**